## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Diane Ransom

                       Plaintiff,

v.                                            Case No.: 1:17–cv–04666

                                            Honorable John Z. Lee

EOS CCA

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2017:

       MINUTE entry before the Honorable John Z. Lee: Pursuant to the parties' notice of settlement [8], this case is placed on the suspended trial calendar. The status set for 9/8/17 will stand. If the parties file a stipulation of dismissal prior to that date, no appearance will be required. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.